**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| ADVISORS EXCEL, LLC,        )<br>                              )<br>             PLAINTIFF,      )<br>                              )<br>v.                            )<br>                              )<br>GLOBAL FINANCIAL PRIVATE     )<br>CAPITAL, LLC,                )<br>                              )<br>             DEFENDANT.      )  | CASE No.: 8:16-cv-02162-VMC-MAP |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

The plaintiff, Advisors Excel, LLC in the above-captioned matter, by and through its counsel, The Polaszek Law Firm, PLLC, as local counsel, and the Hamburger Law Firm, LLC, co-counsel, hereby voluntarily dismisses this lawsuit pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice.

Dated: August 4, 2016

Respectfully submitted,
**HAMBURGER LAW FIRM, LLC**

By: _/s/ Sharron E. Ash_____
     Sharron E. Ash (SA-3419)
*Pro Hac Vice Pending*
61 W. Palisade Avenue
Englewood, New Jersey 07631
Tel: (201) 705-1227
Fax: (201) 705-1205
sash@hamburgerlaw.com
*Attorneys for Plaintiff*
    *Advisors Excel, LLC*

1

By:  */s/ Christopher S. Polaszek*
Christopher S. Polaszek
Florida Bar No. 0116866
**THE POLASZEK LAW FIRM, PLLC**
*Local Counsel for Plaintiff*
3407 W. Kennedy Blvd.,
Tampa, Florida 33609
Telephone:     (813) 574-7678
E-mail:  chris@polaszeklaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Voluntary Dismissal without Prejudice was electronically filed with the Clerk of the Court on this 4th day of August 2016 by using the CM/ECF system.  Additionally, a copy of the foregoing was also sent to the defendant, Global Financial Private Group, LLC by delivering same via email to counsel for the defendant, Charles J.  Bartlett, Icard Merrill, 2033 Main Street, Suite 360, Sarasota, Florida 34237 at cbartlett@icardmerrill.com.

/s/ *Christopher S. Polaszek*
Christopher S. Polaszek